**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ANTONIO LOPEZ CASTRO**<br>**NELLA C DIMARCO ROJAS**<br>**aka NELLA CONSTANZA DIMARCO ROJAS**<br><br>xxx–xx–1836<br>xxx–xx–4530<br><br>Debtor(s) | Case No. **09–11273 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 12/1/14 |

### *ORDER GRANTING RECONSIDERATION*

Upon debtor's (s') request for reconsideration of the order dismissing the instant case (docket entry #76), due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted. The Order Dismissing the Case is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, December 1, 2014 .

*[signature]*
Brian K. Tester
United States Bankruptcy Judge